UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _____7/30/2019_____

MEGAN BARROS,

                   Plaintiff,

        -against-

NATIONAL RAILROAD PASSENGER
CORPORATION *d/b/a* AMTRAK.

                 Defendant.

--------------------------------------------------------X

18-CV-3394 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of a motion from counsel for Plaintiff seeking an order relieving Pulvers, Pulvers & Thompson, LLP as counsel for Plaintiff. (Doc. 27.) Accordingly, it is hereby:

      ORDERED that, no later than August 6, 2019, counsel of Plaintiff shall submit a supplemental affirmation indicating whether they are asserting a retaining or charging lien, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

      IT IS FURTHER ORDERED that if Plaintiff opposes her counsel's motion to withdraw, she shall submit any opposition brief or letter no later than August 20, 2019.

      IT IS FURTHER ORDERED that, no later than August 8, 2019, counsel for Plaintiff shall serve on Plaintiff a copy of this order, the unredacted motion to withdraw and supporting papers, and the supplemental affirmation.

      IT IS FURTHER ORDERED that all deadlines and conferences in this matter are adjourned *sine die* pending resolution of the motion to withdraw.

SO ORDERED.

Dated: July 30, 2019
      New York, New York

Vernon S. Broderick
United States District Judge