USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN BARROS,

                Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                Defendant.

18-CV-3394 (VSB)

ORDER FOR LIMITED APPEARANCE
OF PRO BONO COUNSEL

Vernon S. Broderick, United States District Judge:

    The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent the plaintiff at a settlement conference to be conducted before a Magistrate Judge. If counsel is located, such counsel will represent the plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. If the Clerk of Court is unable to locate counsel, the plaintiff may proceed with the settlement process without counsel.

    If the plaintiff objects to this grant of *pro bono* counsel, the plaintiff must file an objection within 14 days of the date of this order. In the event the plaintiff files such an objection, this grant for *pro bono* counsel is vacated.

    Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the Court will set a date for the settlement conference.

    The Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:   November 14, 2019
           New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge