# LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

CHRISTINE VARGHESE
ASSOCIATE
TEL: (212) 238-4800
EMAIL: cvarghese@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

February 10, 2020

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 2/11/2020

The parties are directed to file a status update within ten days of any settlement conference.

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Megan Barros v. National Railroad Passenger Corporation d/b/a Amtrak*
18-cv-3394 (VSB)

Dear Judge Broderick:

We represent Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") in this action. We are writing in accordance with your November 14, 2019 order, where you instructed the parties to meet and confer regarding settlement in the case. We have conferred on this matter with plaintiff's limited scope counsel Susanne Toes, of New York Legal Assistance Group, and the parties agree that it might be beneficial to have a settlement conference before a Magistrate Judge.

We further request that you Honor adjourn the status conference for February 12, 2020 at 4:00 pm until after the settlement conference with the Magistrate Judge. We request that we provide the Court with a status update within 10 days after the settlement conference. This is the parties first request for an adjournment.

Respectfully submitted,

[signature]
Christine Varghese

cc: Susanne Toes Keane, Esq. (via e-mail)

4834-3925-2148v.1