# PULVERS, PULVERS & THOMPSON, LLP
_____
950 Third Avenue, 11th FLOOR, NEW YORK, NEW YORK 10022-1304
TELEPHONE: (212) 355-8000 FACSIMILE: (212) 355-9000

May 14, 2020

<u>Honorable Vincent S. Broderick</u>
United States District Judge
Thurgood Marshall United States Courthouse
70 Foley Square
New York, NY 10007

                Re: Barros v. Amtrak
                   1:18-CV-03394-VSB

Dear Hon. Broderick:

    This correspondence is in furtherance of the letter filed with the Court on May 13, 2020 by New York Legal Assistance Group, which currently represents the Plaintiff. Our office is the Plaintiff's former counsel referred to in that letter and we concur with their request that the dispute regarding our firm's fee be referred to Magistrate Judge Sarah L. Cave for a conference.

    Thank you.

                        Very Truly Yours,

                        PULVERS, PULVERS & THOMPSON, LLP

                        *Marc R. Thompson*

                        Marc R. Thompson

cc:    New York Legal Assistance Group
       Thurgood Marshall United States Courthouse
       Room LL22
       40 Centre Street
       New York, NY 10007