USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MEGAN BARROS,  :
                       Plaintiff,  :
:
          -against-  :    18-CV-3394 (VSB)
:
:  **AMENDED ORDER OF**
:  **REFERENCE**
NATIONAL RAILROAD PASSENGER  :
CORPORATION,  :
:
                     Defendant.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __X__ | Specific Non-Dispositive Motion/Dispute:<br>- Fee dispute at ECF N0. 47 | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated:    May 14, 2020
            New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge