UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN BARROS,

                Plaintiff,

against

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 3394 (VSB) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The settlement conference currently scheduled for **Tuesday, June 16, 2020 at 2:00 pm** between Ms. Barros and Marc Thompson, Esq. will now be held by telephone. The parties are directed to call the Court's conference line at the scheduled time: 866-390-1828, access code 380-9799.

If counsel prefers to host the Settlement Conference through a secure video-teleconference service such as Zoom, rather than use the Court's conference line, such counsel may offer to do so after conferring and attaining the consent of opposing counsel. By **Tuesday, June 9, 2020**, counsel may offer to host the conference by emailing all pertinent instructions to Chambers at cave_nysdchambers@nysd.uscourts.gov, copying opposing counsel.

The Clerk of Court is directed to calendar this conference as a Settlement Conference even though it will be held telephonically.

Dated:     New York, New York
            May 28, 2020

SO ORDERED

_/s/ Sarah L. Cave_____
**SARAH L. CAVE**
**United States Magistrate Judge**