UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN BARROS,

        Plaintiff,

against

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,

        Defendant.

CIVIL ACTION NO.: 18 Civ. 3394 (VSB) (SLC)

**ORDER FOR MOTION FOR ATTORNEYS' FEES**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to Judge Broderick's referral (ECF No. 52), on June 16, 2020 the undersigned held a settlement conference between Plaintiff and her former attorney, Marc Thompson in an attempt to resolve the fee dispute. The parties were not able to reach an agreement, and the Court ordered Mr. Thompson to file a motion for his fees.

To date, no motion has been filed, and Mr. Thompson is now ORDERED to file a motion for attorneys' fees by **August 14, 2020**. If no motion is filed by that date, the Court will deem Mr. Thompson to have waived any claim to fees in this case.

Plaintiff is directed to provide a copy of this order to Mr. Thompson within one day of receipt.

Dated:     New York, New York
           August 6, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**