PULVERS PULVERS & THOMPSON, LLP
950 Third Ave 11th Floor
New York, NY 10022
Marc R. Thompson.  (MRT3445)
(212) 355 8000

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN BARROS,<br><br>*Plaintiff*<br><br>-against-<br><br>NATIONBAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>*Defendant* | 18-cv-03394 (VSB)(SLC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the annexed Affirmation of MARC R. THOMPSON, duly affirmed on the 13th day of August 2020, the Memorandum of Law, the Order of Magistrate Judge Sarah L. Cave dated August 6, 2020 directing the making of this motion, and upon all of the proceedings heretofore had herein PULVERS PULVERS & THOMPSON, LLP will move this court before Magistrate Judge Sarah L. Cave at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, in Court room 18A on the 4th day of September, 2020 at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard for an Order pursuant to New York Jud. L.§475 fixing and granting PULVERS PULVERS & THOMPSON, LLP attorneys' fees in the above captioned matter.

Dated: August 14, 2020
      New York, New York

                            Yours etc.
                            PULVERS PULVERS & THOMPSON,$^{LLP}$

                            *Marc R. Thompson*
                            Marc R. Thompson (MRT3445)
                            950 Third Avenue, 11th Floor
                            New York, NY 10022-2775
                            (212) 355-8000

TO:    MEGAN BARROS
         63 Wall Street
         Apartment 712
         New York, NY 10005
         megan.barros@gmail.com

         NEW YORK LEGAL ASSITANCE GROUP
         Susanne Toes Keane, Esq.
         40 Foley Square
         New York, NY 10007
         SKeane@nylag.org

,