# Exhibit A

**PULVERS, PULVERS, & THOMPSON. LLP**
**RETAINER AGREEMENT -subject to investigation**

The undersigned **Megan Barros** residing  310 E 44th St, Apt 416, NY, NY 10017
hereby retains Pulvers, Pulvers &Thompson, LLP to prosecute or adjust a claim for damages arising from personal injuries sustained by the undersigned on or about ~~September 17, 2016~~ 4/14/2017 due to negligence or other persons, and gives them the exclusive right to take all legal steps to enforce the said claims and agrees not to settle this action in any manner without their written consent.

In consideration of the services rendered and to be rendered by them, the undersigned hereby agrees to pay them, and they are authorized to retain out of the monies that may come into their hands, whether recovered by suit, settlement or otherwise:

  **One-third (33 1/3%) of the recovery for bodily injury claims;**

Subject however to court order in infant or death actions or application to the Court for greater compensation in the event extraordinary services are required.

Pulvers, Pulvers & Thompson, LLP retains the sole right to take their attorney's fee in cash at the time of settlement or in deferred payments, regardless of the manner in which the Client's recovery is paid

The costs and expenses required in prosecuting the case may be either advanced by the client or by the Firm. The client may choose either option. If the client elects to advance the money for costs and expenses, the client must pay each cost and expense as it is incurred. If the client elects to have the Firm advance the money for costs and expenses the fee owed to Pulvers, Pulvers & Thompson, LLP will be calculated on the gross recovery plus the costs and expenses advanced by the firm.

_____ I elect to advance the money for the costs and expenses. I want to be billed for each disbursement incurred. I understand that by electing this method, the fee owed to Pulvers, Pulvers & Thompson, LLP will be calculated on the net recovery.

__✓__ I elect to have Pulvers, Pulvers & Thompson, LLP advance the money for costs and expenses. I do not want to be billed for each disbursement as incurred. I understand that if I select this method, the fee to Pulvers, Pulvers, Thompson & Friedman, LLP shall be computed on the gross sums recovered, meaning that the fee will be calculated on the gross recovery plus the expenses Pulvers, Pulvers & Thompson, LLP has advanced. I understand that by electing this method the total fee owed to Pulvers, Pulvers & Thompson, LLP may be greater than if I were to advance the money for the costs and expenses.

Liens or assignments or claims for hospital or medical care by doctors or of self-insurers or insured carriers shall not be deducted in computing the percentages and shall be chargeable to the client. The undersigned requests and pre-authorizes Pulvers, Pulvers & Thompson, LLP to negotiate a reduction of such lien or liens. In consideration, the undersigned hereby agrees to pay to Pulvers, Pulvers & Thompson, LLP fifteen (15) percent of the sum by which the lien is

reduced. Further, we agree that the law firm may take all steps in this matter deemed advisable for the handling of our claim, including hiring separate experts/case workers who assist with resolving any healthcare providers reimbursement claims/liens for past and/or future injury related medical care. The expense of any such service shall be treated as a case expense and deducted from our net recovery and shall not be paid out of the law firm's contingent fee in this matter. Client may be responsible to pay for all expert witness fees necessary for testifying at trial at the time the expert witness requests his or her fees.

Client understands and agrees that Pulvers, Pulvers & Thompson, LLP will not prosecute or defend any appeal that may result from this action unless the parties expressly consent to same in writing setting forth the terms of that retention separate and apart from this retainer.

Dated: NEW YORK, NEW YORK
       July 10, 2017

_____
MEGAN BARROS