# Exhibit B

**NATIONAL RAILROAD PASSENGER CORPORATION**

400 West 31st Street, New York, NY 10001



July 18, 2017

**Marc Thompson**
**Pulvers, Pulvers, & Thompson, LLP**
**950 Third Ave, 11th Floor**
**New York, NY**

RE: Megan Barros
D.O.I: 4/14/17
Claim #: 147066/3 - NB

Dear Mr. Thompson:

I am in receipt of your letter dated July 10, 2017 advising representation of the above referenced client.

I was sorry to learn that your client was injured due to crowds of people running to escape from Amtrak's level in Penn Station who may have thought they heard gunshots when a man was tased by Amtrak police. Although the entire situation was unfortunate, I have no alternative but to deny any claim with regard to this matter as no liability exists on the part of Amtrak relating to the incident.

I hope your client makes a speedy recovery.

Sincerely,

Nicole Bruno
Senior Claims Representative
212-630-7142