# Exhibit C

**NATIONAL RAILROAD PASSENGER CORPORATION**
400 West 31st Street, New York, NY 10001



May 29, 2019

Mr. Marc Thompson
950 Third Avenue 11th Floor
New York, NY 10022

Your client: Megan Barros
Date of Incident: April 14, 2017
Amtrak File No. 147066/3

Mr. Thompson:

This correspondence is to memorialize our telephone conversation on May 22, 2019.

I would again like to take this opportunity, in an effort to resolve this matter, to make an offer of $17,500.00 as a full and final settlement.

Please contact me at your earliest convenience to discuss.

Nicole Bruno
Senior Claim Specialist
212-630-7142
646-784-6843