# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEGAN BARROS,

                Plaintiff,

-against-

NATIONAL RAILROD PASSENGER
CORPORATION D/B/A AMTRAK,

                Defendant.

Index No.: 1:18-CV-03394-VSB

**SUPPLEMENTAL AFFIRMATION OF SUPPORT**

---

    Marc R. Thompson, an attorney duly licensed to practice law within the Courts of the State of New York, hereby affirms the following under the penalties of perjury:

    1.    I am a member of the firm of Pulvers, Pulvers & Thompson, LLP, attorneys for the plaintiff herein, and as such, I am fully familiar with the facts and circumstances of the within action based upon a review of the files maintained by this office.

    2.    This affirmation is submitted in further support of the within Motion which seeks to relieve the law firm of Pulvers, Pulvers & Thompson, LLP as counsel for the plaintiff.

    3.    In response to this Court's directive, your affimant's firm asserts a charging lien on any potential recovery in this matter for expenses paid and work performed on this case.

    13.    That no prior request for the relief sought herein has previously been made to any Court or Judge.

    WHEREFORE, it is respectfully requested that the instant application be granted in its entirety and that the Court grant such other and further relief as it may deem necessary and proper.

Dated: New York, New York

    August 5, 2019

By: Marc Thompson
**PULVERS, PULVERS & THOMPSON, LLP**
Attorneys for Plaintiff
950 Third Avenue, 11th Floor
New York, NY 10022
(212) 355-8000

UNITED STATES DISTRICT COURT  Index No.: 1:18-CV-03394-VSB
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEGAN BARROS,

                      Plaintiff,

  -against-

NATIONAL RAILROD PASSENGER
CORPORATION D/B/A AMTRAK,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF MOTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.

Dated: July 18, 2019        Signature: _____
                                                    Marc Thompson

**PULVERS, PULVERS & THOMPSON, LLP**
Attorneys for Plaintiff
950 Third Avenue
11th Floor
New York, NY 10022
(212) 355-8000