```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MEGAN BARROS,                                                 :
                     Plaintiff,                 :
:
        -against-                                           :     18-CV-3394 (VSB)
:
:     **AMENDED ORDER OF**
NATIONAL RAILROAD PASSENGER                                   :         **REFERENCE**
CORPORATION,                                                  :
:
                     Defendant.                 :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __x__ | Specific Non-Dispositive Motion/Dispute:<br><br>- Motion for fees at ECF. No. 54 | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated:      August 17, 2020
               New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge