UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGAN BARROS,

        Plaintiff,

against

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,

        Defendant.

CIVIL ACTION NO.: 18 Civ. 3394 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's former attorney, Mr. Thompson, filed a motion for attorneys' fees on August 14, 2020 in accordance with the Court's Order at ECF No. 53.  (ECF No. 54)

To date, no response has been filed.  If by **September 4, 2020**, Plaintiff has not filed a response, the Court will deem the motion for attorneys' fees fully briefed.

Plaintiff is directed to provide a copy of this order to Mr. Thompson within one day of receipt.

Dated:    New York, New York
            August 28, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**