USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
:
MEGAN BARROS, :
:
Plaintiff, :
: 18-cv-3394 (VSB)
-against- :
: **ORDER**
:
NATIONAL RAILROAD PASSENGER :
CORP., :
:
Defendant. :
:
---------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      In light of the submissions at Documents 47 and 62 in the above-captioned litigation, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 4, 2021
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge